(No. 6403

MORTON SALT COMPANY, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed March 24, 1972.*

MORTON SALT COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6403

PHILLIPS BUSINESS SYSTEMS, INC., Claimant, vs. STATE OF ILLINOIS, POLLUTION CONTROL BOARD, Respondent.

*Opinion filed March 24, 1972.*

PHILLIPS BUSINESS SYSTEMS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.